AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

**Case No.:** 1:18mj88

**Date and time warrant executed:** 6/5/18 @ 10:22 AM

**Copy of warrant and inventory left with:** N/A

**Inventory made in the presence of:** Melvin F. Taylor

**Inventory of the property taken and name of any person(s) seized:**

Stored Electronic data from Facebook Account user Adrian ROMERO with Facebook ID dri.romero.5

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 26 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Blaylock
DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

**Date:** 6/25/18

*Executing officer's signature*

Special Agent Melvin F. Taylor
*Printed name and title*

Returned to me this June 26, 2018
Pamela Meade Sargent
USMJ